IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| FRISCO MEDICAL CENTER, L.L.P., d/b/a/ BAYLOR MEDICAL CENTER AT FRISCO, <br><br>*Plaintiff,* <br><br> V. <br><br> CYNTHIA A. BLEDSOE, ET AL., <br><br> *Defendants.* | § § § § § § § § § § § § | CASE NO. 4:12cv37 <br> Judge Clark/Judge Mazzant |

**ORDER ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On October 4, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Federal Rule of Civil Procedure 12(b)(6) Motion to Dismiss Cynthia A. Bledsoe's, Michael R. Bledsoe's and Alan R. Willis' Counterclaims for Attorneys' Fees [Doc. 74] be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Plaintiff's Federal Rule of Civil Procedure 12(b)(6) Motion to Dismiss Cynthia A. Bledsoe's, Michael R. Bledsoe's and Alan R. Willis' Counterclaims for

Attorneys' Fees [Doc. 74] is **GRANTED**. Defendants Cynthia A. Bledsoe's, Michael R. Bledsoe's and Alan R. Willis' counterclaim for attorneys' fees is DISMISSED without prejudice to Defendants later seeking attorneys' fees if they prevail in this case.

So **ORDERED** and **SIGNED** this **14** day of **November, 2012.**

_____
Ron Clark, United States District Judge